```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12991
   ANDREW J RUSH
   MICHELE RUSH                             CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8872     SSN XXX-XX-7277
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/11/06 and confirmed on 01/24/07.

2. The case was dismissed after confirmation, 11/02/2007.

3. The Debtor paid a total of $ 5920.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 1811.16 | .00 | 1811.16 |
| EASY AUTO | SECURED VEHIC | 5000.00 | 224.77 | 450.81 |
| SST INC | SECURED VEHIC | 7233.43 | 324.73 | 693.25 |
| INTERNAL REVENUE SERVICE | PRIORITY | 955.92 | .00 | .00 |
| CHECK RITE | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1235.20 | .00 | .00 |
| B LINE LLC | UNSECURED | 1387.50 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PRO COM SERVICES OF IL | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 86.43 | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HEALTH SERVICES SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| K-MART LEGAL DEPARTMENT | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PALOS BANK & TRUST CO | UNSECURED | NOT FILED | .00 | .00 |
| US POSTAL SERVICE | UNSECURED | 56.00 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 104.38 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | 8301.76 | .00 | 926.03 |
| INTERNAL REVENUE SERVICE | UNSECURED | 27.92 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1030.80 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 163.30 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 80.92 | .00 | .00 |
| DEPARTMENT OF HUD | SECURED | .00 | .00 | .00 |

Summary of disbursements:

```
                     SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22346.35        955.92      4172.45           .00      27474.72
PRINCIPAL PAID       3881.25           .00          .00           .00       3881.25
INTEREST PAID         549.50           .00          .00           .00        549.50
TOTAL PAID           4430.75           .00          .00           .00       4430.75
```

The Debtor's attorney, STUART B HANDELMAN            , was allowed $   2500.00
and was paid $   1250.00  direct and $   1250.00  through the plan.

The Trustee received $     239.25 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/08/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE